**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| MELVIN, DONALD R. | ) | |
| MELVIN, AMY K. | ) | CASE NO. 05 B 48987 |
| | ) | |
| | ) | JUDGE A. BENJAMIN GOLDGAR |
| **Debtor(s)** | ) | |

**PROPOSED DISTRIBUTION REPORT**

I, DAVID P. LEIBOWITZ, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---:|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 14,425.80 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 7,574.20 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 22,000.00 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $14,425.80 | 100.00% |
| **CLAIM NUMBER** — **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| DAVID P. LEIBOWITZ, Trustee Fees | 2,950.00 | 2,950.00 |
| DAVID P. LEIBOWITZ, Trustee Expenses | 143.84 | 143.84 |
| Clerk of Court, Adversary Filing Fees | 250.00 | 250.00 |
| Leibowitz Law Center, Attorney for Trustee Fees | 11,000.00 | 11,000.00 |
| Leibowitz Law Center, Attorney for Trustee Expenses | 81.96 | 81.96 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| | CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| | CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| | CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
|---|---|---|---|
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **8.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **9.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **10.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $42,682.15 | 17.75% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | American Express Centurion Bank | 1,667.05 | 295.84 |
| 2 | American Express Centurion Bank | 4,338.18 | 769.83 |
| 3 | Chase Bank USA, N.A. | 4,215.31 | 748.03 |

**EXHIBIT D**

| | | | |
|---|---|---|---|
| 4 | Discover Bank/Discover Financial Services | 2,036.89 | 361.46 |
| 5 | MBNA America Bank NA | 10,847.85 | 1,925.01 |
| 6 | Chase Bank USA N A | 19,576.87 | 3,474.03 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**EXHIBIT D**

| 17. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 18. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____    _____
DAVID P. LEIBOWITZ, Trustee

**EXHIBIT D**